■ In the Matter of JEFFREY SHERWIN, Appellant, v VILLAGE OF GOSHEN ZONING BOARD OF APPEALS et al., Respondents. [30 NYS3d 577]—In a proceeding pursuant to CPLR article 78 to review a determination of the Village of Goshen Zoning Board of Appeals dated December 19, 2013, which, after a hearing, affirmed the issuance of a building permit by the Village of Goshen Building Inspector to the respondent C.H. Development Corp. for the construction of a single-family dwelling, the petitioner appeals from a judgment of the Supreme Court, Orange County (Bartlett, J.), dated June 30, 2014, which denied the petition and dismissed the proceeding.

Ordered that the judgment is affirmed, with costs.

"In a proceeding pursuant to CPLR article 78 to review a determination of a zoning board of appeals, judicial review is limited to ascertaining whether the action was illegal, arbitrary and capricious, or an abuse of discretion" (*Matter of Arceri v Town of Islip Zoning Bd. of Appeals*, 16 AD3d 411, 412 [2005]). Here, the determination of the Village of Goshen Zoning Board of Appeals that McNally Street had become a village street pursuant to Village Law § 6-626 and, therefore, that a building permit was properly issued to the respondent C.H. Development Corp. for the construction of a single-family dwelling has a rational basis and is not arbitrary and capricious (*see* CPLR 7803; *Matter of Marchand v New York State Dept. of Envtl. Conservation*, 19 NY3d 616 [2012]; *Kingsley v Village of Cooperstown*, 107 AD3d 1092 [2013]).

The parties' remaining contentions are without merit. Leventhal, J.P., Roman, Hinds-Radix and Brathwaite Nelson, JJ., concur.